UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------

JACQUELYN MUSIELLO,

                         Plaintiff,

          -v-

CBS CORPORATION, CBS RADIO INC.,
CBS SPORTS RADIO NETWORK INC.,
ENTERCOM COMMUNICATIONS CORP.,
DAN TAYLOR, MAGARET MARION, ABC
CORPORATIONS 1–5, and JOHN DOES 1–10,

                         Defendants.

20 Civ. 2569 (PAE)

ORDER

------

PAUL A. ENGELMAYER, District Judge:

On March 25, 2020, defendants removed this action from New York Supreme Court, Bronx County.  Dkt. 1.  On April 24, 2020, plaintiff moved to remand the matter.  Dkts. 14–16. Defendants' opposition to that motion, if any, is due by May 8, 2020.  Separately, on May 1, 2020, counsel for plaintiff filed a letter seeking the Court's assistance in obtaining, from defendants, the list of current and former female employees—and, in particular, their current or last known address—on which defendants relied in invoking this Court's removal jurisdiction under CAFA.  Pursuant to the Court's individual rules, the Court expects a response to this letter from defendants by close of business on May 6, 2020.  Finally, on April 30, 2020, defendant CBS Corporation filed a motion to dismiss.  Dkts. 18–21.  The Court will hold this motion in abeyance pending its resolution of the motion to remand and the related dispute identified in plaintiff's May 1 letter.  If the Court denies the motion to remand, it will then set a briefing schedule for responding to the motion to dismiss.  In light of the pending motions, the initial pretrial conference in this matter is adjourned to June 24, 2020 at 2 p.m.

SO ORDERED.

                                              _____
                                                            PAUL A. ENGELMAYER
                                                            United States District Judge

Dated: May 5, 2020
          New York, New York

2