UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JACQUELYN MUSIELLO, *and other employees similarly situated*,

                        Plaintiff,

-v-

CBS CORPORATION, CBS RADIO INC.,
CBS SPORTS RADIO NETWORK INC.,
ENTERCOM COMMUNICATIONS CORP.,
DAN TAYLOR, MARGARET MARION,
ABC CORPORATIONS 1–5, and
JOHN DOES 1–10,

                        Defendants.

20 Civ. 2569 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On May 5, 2020, the Court set an initial pretrial conference in this matter for June 24, 2020.  *See* Dkt. 22.  After denying plaintiff's motion for remand, Dkt. 33, the Court issued a scheduling order giving plaintiff until June 26, 2020, to file either an amended complaint or an opposition to defendants' motion to dismiss, Dkt. 34.  The Court therefore adjourns the initial pretrial conference *sine die*.  It will schedule a conference with the parties following the resolution of defendants' motion to dismiss plaintiff's complaint or first amended complaint, if plaintiff's (amended) complaint, in whole or in part, survives that motion.

       SO ORDERED.

                                              *Paul A. Engelmayer*
                                              PAUL A. ENGELMAYER
                                              United States District Judge

Dated: June 12, 2020
       New York, New York