UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JACQUELYN MUSIELLO and other employees similarly situated,

                         Plaintiffs,

-v-

CBS CORPORATION, CBS RADIO INC., CBS SPORTS RADIO NETWORK INC., ENTERCOM COMMUNICATIONS CORP., DAN TAYLOR, MARGARET MARION, ABC CORPORATIONS "1-5" and JOHN DOES "1-10,"

                         Defendants.

---

20 Civ. 2569 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The parties have requested that the case management conference currently scheduled for September 8, 2021 be adjourned. That request is granted. The Court schedules the next case management conference for December 21, 2021 at 2:00 p.m.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: September 1, 2021
      New York, New York